# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

Henry Johnson, )
)
Plaintiff )
)
vs. )   Case No. 15-2298
)   (The case number will be assigned by the clerk)
Sheriff Jered Shofner )
Deputy Mike Walker )
Jail Administrator B. Smith, )
Dewitt County Jail )
)   FILED
)   DEC 18 2015
)   CLERK OF THE COURT
)   U.S. DISTRICT COURT
)   CENTRAL DISTRICT OF ILLINOIS
)   URBANA, ILLINOIS
)
Defendant(s) )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Henry Johnson

Prison Identification Number: #89814

Current address: Dewitt County Jail 101 W. Washington St Clinton, IL 61727

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Jered Shofner

Current Job Title: Sheriff of the Dewitt County Jail

Current Work Address: 101 W. Washington St Clinton, IL 61727

Defendant #2:

Full Name: Mike Walker

Current Job Title: Deputy of the Dewitt County Jail

Current Work Address: 101 W. Washington St Clinton, IL 61727

Defendant #3:

Full Name: B. Smith

Current Job Title: Jail Administrator for the Dewitt County Jail

Current Work Address 101 W. Washington St

Clinton, IL 61727

Defendant #4:

Full Name: Dewitt County Jail

Current Job Title: Dewitt County Jail

Current Work Address 101 W. Washington St

Clinton, IL 61727

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?    Yes ☐    No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑    No ☐

C. If your answer to B is yes, how many? __4__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number  Johnson and Doe   Johnson v Thomson
   All central complaints   Johnson v hertshorn   Johnson v gallbrey

2. Basic claim made __14th 8th 4th__

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) All four are ~~speed~~ still pending

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ☑   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Dewitt county jail___

Date(s) of the occurrence ___End of november beginning of December 2015___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I arrived at the Dewitt county jail from the vermilion county jail on 11-13-15 and was processed in the Dewitt county jail the same day I arrived 11-13-15. I was striped search by the Dewitt county jail staff and all my normal clothes I wear into the dewitt county jail was taken from me by the Dewitt county jail staff. such as my jacket my white tee shirt, my black pants and my white boxers underwear along with my white socks. All my clothes was placed in a personal proper container here at the Dewitt county jail, I was then placed in an shower area and was stripped search naked then was told by the dewitt county jail staff to take a shower which I did once I got out of the shower I was given by the Dewitt county jail staff one orange top jail shirt one bottom pair of jail pants. and a pair of used already worning pair of jail issue underwear boxers to put on, along with a pair of already worning used jail issue shoes to wear with no socks. about a week or two weeks after being housed at the Dewitt county jail I started having itching problems with my genital area. so after three days of having these itching problems to my genital I request to be seen by the nurse, once I was seen

5

by the nurse. I told the nurse the problem I was having with the itching in my genital area, and the nurse ask me to show her my genital area which I did and once the nurse checked my genital area the nurse notice off top from looking at my genital area, that I had a itching problem which is Jock itch. So the nurse diagnose me with Jock itch and the nurse told me the only way I can catch Jock itch is from wearing used already warning underwear, and the only underwear inmates at the Dewitt county Jail are allowed to wear are the Dewitt county Jail used already warning Jail Issued underwear. any and all inmates that are processed in the Dewitt county Jail are required by the Dewitt county Jail staff to wear only the dewitt county Jail already warning Jail Issue nasty underwear. not only does the Dewitt county Jail staff put myself and other inmates health at a bad risk by Issuing out already warning used underwear, but the Dewitt county Jail staff Sheriff Jered Shaffner Chief Deputy mike walker and the Jail Administrator B. Smith Knowinly Issue these already warning used bad health risk underwear out to any and all inmates thats processed in the Dewitt county Jail. I have been infected and harmed with Jock itch by and cause of the dewitt county Jail staff actions on giving me used already warning nasty dirty bad health risk underwear to wear ever since I been infected and harmed by the dewitt county Jail Issued already used worn nasty underwear I have been Issued medication from the nurse here, which is an AntiFungal cream that treat such infections like Athletes feet

6

ringworm or what I'm taking medication for at the moment Jock itch. I endured this pain to my genitals for atleast a week to two weeks. Cause by the Dewitt County Jail actions by giving to me the already worn and used nasty dirty underwear the Dewitt County Jail Issue out to the inmates here. It is a violation to my 8th Amendment Cruel and usual punishment as well as a violation to my 14th Amendment due process. Sheriff Jered Shofner, Chief Deputy mike walker and Jail administrator B. smith approve these procedures are very aware of the Dewitt county Jail procedures for as Issueing out used and already worning shoes and used and already worning nasty dirty underwear to the inmates here at the Dewitt County Jail. furthermore Sheriff Jered Shofner, Deputy mike walker and administrator B. smith knowly the dangerous health risk the said defendants put inmates here at the Dewitt county Jail in Jeopardy. the defendants still chose not to take any actions to prevent health hazard to happen like me catching Jock itch from the Dewitt county Jail Issued already worn in used nasty dirty underwear. also it states der the Do's and don'ts in the dewitt County Jail rule books, male inmates xoxers are to be wearing in the day room at all times. also under the violations ules of the dewitt County Jail loss of access of not more then 72 hours (3 days) ockdown in your cell if you do not wear the dewitt county Jail already worning sed nasty underwear, loss of recreation privileges for no more then 72 hours days) for not wearing the dewitt County Jail Issued used nasty underwear.

10

and was giving medication here at the dewitt county jail by the nurse to help heal my infection to my genital area. the dewitt county jail policy and procedures is a violation to my 8th and 14th Amendment because it put my health at risk and by doing so I was harmed in the genital area. Sheriff Jered Shofner Chief Deputy mike walker and Jail Administrator B. smith knowinly and is fully aware of the dewitt county jail policy and procedures. they deliberatly put inmates here at the dewitt county jail health at a harzed and dangerous bad risk, by issuing out to us inmates used already worning shoes which we are not allowed to wear socks. so it's always a risk of us inmates attracting Athlete's foots from other inmates who wore the used issued dewitt county jail shoes before one another. also the dewitt county jail staff who I mention through out this complaint, knowinly and fully aware of the bad harzed health risk that can bring harm to use inmates by steady deliberatly issuing us inmates used and already worning underwear that other inmates have worning already used which can cause health harm, like the health harm I have endured. nce I been here at the Dewitt County Jail from wearing the dewitt unty Jail issued already worn used nasty underwear which I attracked Jock itch from wearing

## RELIEF REQUESTED

(State what relief you want from the court.)

My relief is that I be compensated for my pain and suffer cause by the actions of the Dewitt County Jail staff in the Damaged amount of $1,000,000 dollars and injunction that the Dewitt County Jail allow inmates at the Dewitt County Jail purchase Brand new underwear, Brand new socks, and Brand new tee shirts from the inmate commassary. and discoantiue Issuing out the dewitt county Jail used already warning health risk harmed nasty underwear. and rather judgement is ruled in my favor by choice of Jury or by settlement that Defendant Paid all my legal and court fees.

JURY DEMAND    Yes [X]    No [ ]

Signed this December day of 13, 20 15.

_Henry Johnson_
( Signature of Plaintiff)

| Name of Plaintiff: Henry Johnson | Inmate Identification Number: 89814 |
|---|---|
| Address: 101 W. Washington St<br>Clinton, IL 61727 | Telephone Number: |