Henry Johnson #82184
Dewitt County Jail
101 W Washington St
Clinton, IL 61727

Legal Mail

United States district court
central district of Illinois
office of the clerk Room 218
301 S vine st
Urbana IL 61802-3552



FOREVER / USA