FILED
15-2298
DEC 18 2015
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

12-13-15

clerk of the court

I would like a copy of this federal complaint that I am sending to you to file for me in the central District federal courts of Illinois. Thank you very much

sincerly

Henry g

P.S I would like a return copy of this federal complaint sent back to me.